Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHW GROUP INC. d/b/a CHOICE HOME WARRANTY, a New Jersey Corporation,<br><br>　　　　　Defendant. | Civil Action No.: 3:25-cv-00303-DB<br><br>**STIPULATION TO DISMISS CASE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff YAZMIN GONZALEZ ("Plaintiff") and Defendant CHW GROUP INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate to dismiss this case without prejudice, converting to a dismissal with prejudice within 60 (sixty) days or by March 12, 2026, with each side bearing its own costs and attorney's fees.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　By: /s/ Mark L. Javitch
　　　　　　　　　　　　　　　　　　Mark L. Javitch

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

STIPULATION TO DISMISS

1　　　　　　　　　　　CASE NO. 3:25-cv-00303-DB

By: /s/ C. Brenton Kugler
C. Brenton Kugler

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated below, the foregoing was filed through the Court's electronic filing system and will be sent electronically to all parties of record via the Court's electronic filing system.

Date: January 12, 2026

/s/ Mark L. Javitch
Mark L. Javitch

STIPULATION TO DISMISS

2                                        CASE NO. 3:25-cv-00303-DB