IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, *individually and on behalf of all others similarly situated*,<br>    Plaintiff,<br><br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br>    Defendant. | §<br>§<br>§<br>§  EP-25-CV-00303-DB<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day the Court considered Plaintiff Yazmin Gonzalez's "Stipulation to Dismiss Case," filed on January 13, 2026. ECF No. 13. Therein, Plaintiff and Defendant "stipulate to dismiss this case without prejudice, converting to a dismissal with prejudice within 60 (sixty) days or by March 12, 2026, with each side bearing its own costs and attorney's fees." *Id.* at 1. After due consideration, Plaintiff's Stipulation is granted in part. The Court will merely extend its original deadline for dismissal with prejudice as outlined in ECF No. 10 for an additional sixty days.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Yazmin Gonzalez's "Stipulation to Dismiss Case," ECF No. 13, is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the parties **SHALL FILE** all dismissal documents to dismiss with prejudice within sixty (60) days of the deadline set forth in ECF No. 10.

**IT IS FINALLY ORDERED** all other deadlines are hereby vacated until further order of the Court.

**SIGNED** this **14th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE